Case 1:06-cv-50531-ACC-NGAB   Document 1   Filed 12/26/06   Page 1 of 20   PageID 5

'RECEIPT ...
AMOUNT $ 35
SUMMONS ISSUED Y J
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. ac
DATE 12-12-06

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

NANCY AARON, BERNICE ABSHIRE,
JANICE ABURADI, PATRICIA ADAIR,
DEBORAH ADAMS, DAWN ADAMS, JIM
ADAMS, JUDITH ADKINS, THOMAS
AGUIAR, DARIUS ALBERT, ANTOINETTE
ALBRIGHT, BETTY ALEXANDER, RUSHY
L. ALEXANDER, PHYLLIS ALLEN, TARA
ALLEN, EDWARD ALLEN, JR., JOHHNY
ALLEY, Individually and as the Proposed
Administrator of the Estate of MARY ALLEY,
Deceased, RUBY AMAGWULA, CONNIE
ANAYA, CHRISTOPHER ANDERSON,
MARLEE ANDERSON, ANTHONY
ANDERSON, JACKIE ANDREWS, PAUL
ANEGBEODE, PRISTINIA ARAGON,
SHIRLEY ARNOLD, BRANDON
ARRINGTON, JULIA ARROWOOD,
DOLORES ASHLEY, Individually and as the
Proposed Administrator of the Estate of
ERNEST ASHLEY JR., Deceased, DENIS
ASHTON, JOSEPH ATKINSON, JIMMIE D.
AUCOIN, ROBIN AUGUSTE, LARRY
AUSTIN, JIM AVERY, DARRELL M.
AYCOCK, JOE AYON, EMMA BACCUS,
HARRY J. BAKER, JEANETTE BAKER,
JOHNNY BALDWIN, JOYCE BALES,
BOBBIE BALL, GALE BANIAK, ELITA
BANKS, RESA BARBER, CINDY BARGAS,
JOANNE BARKER, BILLIE S. BARLOW,
SHERRY BARLOW, JOHNNIE BARNES,
DOUGLAS BARNEY, STEPHANIE
BARNEY, ANTHONY BARRON, LINDA
BARTLETT, FRANK BATES, KARLA
BATES, BENJAMIN BATIE, KAY
BAUCOM, KENNETH BAUDER,
LAWRENCE BAUTISTA, TONY BAXTER,
SHAINA BAXTER, CARY BAYLOR,
BARBARA BEARD, MICHELLE
BEAUFORD, FREDRIC BECKER, AMY
BEEDE, STEVEN BEHE, LINDA BELL,
GARY BENJAMIN, KATHY BENNETT,
ANNA BENSON, JULIA BERRY, THERESA
BERRYMAN, BETH BESSETTE,
SHEQUITA BEYERS, JAMES BIBEE, DAN
BILLINGS, CODY BLACK, VERNON
BLACK, WAILES BLALOCK, DANIEL

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. _____

**Jury Requested**

# 06 CA 11847 NG

MAGISTRATE JUDGE _____

BLANKENSHIP, COLLEEN BLEVINS, §
CONRAD BLOCK, BRANDIE BLOUNT, §
TRACY BLUNT, KLARICA BOERNER, §
DONALD BOGER, CAROL BOLTON, §
DELMAR BOMAN, JERRY BOND, §
TIMOTHY BONNER, MICHEAL BOONE, §
ERIC BOSCOVICH, ANNABELLE §
BOSTON, DAWN BOWEN, LONNIE T. §
BOWMAN, TIMMIE BOWMAN, JENENE §
BOYD, DEBORAH BOYSON, CARLA §
BRADLEY, CLARA BRASHEARS, §
VICTORIA BRASWELL, JUDY BREAN, §
DAVID L. BRENT, ANITA BREWER, §
RACHEL BREWER, NELSON §
BRIDGEMAN, MARY L. BRIDGES, §
NATHANIEL BRIDGEWATER, WALTER L. §
BRIGGS, TRACY BRINER, CHARLES §
BRINSON, ROGER L. BRITTON, JENNIE §
BROADNAX, O'BRIEN BROCK, TINA §
BROCK, DARLENE BROCK, LEWIS §
BROOME, JR., DOROTHY BROUGHTON, §
CAROL BROUSSARD, GENEVA BROWN, §
JERMEIA BROWN, KAREN BROWN, §
VIRGINIA BROWN, YVONNE BROWN, §
ADDLEAN BROWN, KENISHA BROWN, §
KERRY BROWN, WENDY BROWN, §
MARCELLA BROWN, SR., DORRIS §
BUNCE, FELTON BURGIE, WALTER §
BURKS, SANDRA BURNS, JESSICA §
BURRIS, DAVID BURTON, DIANE §
BURTSCHI, SANDRA BUTTERFIELD, §
FREDRICK D. BYRD, DIANE CAIN, LINDA §
CALICOTT, PEGGY CAMP, TY CAMP, §
DEWEY CAMPBELL, LORINE §
CAMPBELL, JUAN CAMPOS, ANNIE §
CAREY, ROBERT CARR, WILLIE L. §
CARR, RUBY CARRAWAY, THELMA L. §
CARROLL, LILLIAN CARSON, EDITH §
CARSON, ANGELA CARTER, ANTHONY §
CARTER, OTIS CARTLIDGE, SHIRLEY §
CASBY, NANCY CATES, DONNA §
CAYLOR, ROY CHALK, MARY §
CHAMBERS, LORRAINE CHAMBERS, §
MICHAEL CHANDLER, PAMELA S. §
CHANDLER, SHIRLEY CHANDLER, §
FELICIA CHANEY, PATRICIA §
CHEATHEM, TAMA CHEEK, LINDA D. §
CHILDRESS, ALLISON CLANTON, §
MILDRED CLARK, TINA M. CLARK, §
MICHAEL CLAUSON, LUE CLAYTON, §
TAMMY CLEARY, CORLISS CLEES, §

EVELYN CLINKSCALES, RONALD §
CLOUGHLEY, CHARLES COBB, SARAH §
COBLE, MADELINE COBURN, ELAIN §
COERS, LISA COLBERT, ROBERT COLE, §
ICELON COLE, SANDRA K. COLLIER, §
BETH A. COLLINS, MARENDA COLLINS, §
ROXANNE COLLINS, JAMES COLLINS, §
SHERRIE COLLINS, PATRICIA M. §
COMAN, YOLANDA G. COMBS-WLLIAMS, §
LEONARD E. COOK, JR., SUSAN A. §
COONSHELDON, DUANE COOPER, §
REECE COOPER, RYAN COOPER, ALEX §
COOPER, LAVON COOPER, MICHAEL §
COOPER, TAMERA COOPER, §
MARGARET CORNEALIOUS, SONIA §
COSLEY, MARY R. COTTON, ANDREW §
COURVILLE, CYNTHIA COUSAR, §
MICHAEL COX, ROBERT E. COX, SHELIA §
CRAIG, ROBERTA A. CRANFILL, ROBIN §
CREEL, ASHTON CROCKWELL, §
JEFFORY CROUCHER, ELIEZET CRUZ, §
LAVON G. CUNNINGHAM, KATHERINE §
CUTLER, AMANDA DANIELS, BARBARA §
DARGAN, ANNETTE DAVENPORT, §
ANTHONY DAVENPORT, LINDA DAVIS, §
STEPHANICE DAVIS, BEVERLY DAVIS, §
BURNDETTA Y. DAVIS, CHRISTIAN §
DAVIS, DERRICK DAVIS, MARVIN §
DAVIS, O'LET DAVIS, VIKIE DAVIS, §
YVONNE DAWKINS, PENELOPE DAY, §
MAXINE DEAN, SAMMIE L. DEAN, TARA §
DELIGNE, GREGORY DELLA, DOROTHY §
DENBY, SABRINE J. DENT, DEANEILUA §
DICKENS-WILLIAMS, DONNA DICKSON, §
DEBRAH DIERKS, VICKIE C. DIGGS, §
JANICE DILLON, BRIAN C. DIXON, As the §
Proposed Administrator of the Estate of §
WALTER DIXON, Deceased, ANGELA §
DOCKETT, SONDRA DORSEY, KATHY §
DORSEY, BETTY DOVER, CHERYL §
DOWDLE, DIANNA DOWNEY, §
LOCHREANE DUBOIS, STACI J. DUET, §
JIMMY L. DUNN, JOE DUNOVANT, §
PATRICIA DUNSTON, LISA DUPLAISIR, §
DIANNA EAKIN, CYNDI EBERT, DONNA §
ECCLES, VOUNZETTA EDGESTON, §
STANLEY EDWARDS, MICHELLE §
EDWARDS, MARGARET EIERMANN, §
DEXTER ELLERBEE, as the Proposed §
Administrator of the Estate of §
MACGRUDGER ELLERBEE, Deceased, §

CATINA ELLERBY, CYNTHIA ELLIOT, §
VIRGINA ELLIS, SHARON EPLING, §
EMILIA ESCARENO, CYNTHIA §
ESPINOZA, LAWRENCE P. ESPINOZA, §
SYLVIA ESQUIBEL, TAMMY EVANS, §
DAWN EVANS, NANCY L. EVANS, PAUL §
EVANS, BONNIE EVERETT, DEBRA §
EVERSON, NANCA EXLEY, TAMMY §
EZELL, BRENDA FAIRLEY, PERRY §
FAIRLY, STEVE FARRELL, WILLIE M. §
FARRINGTON, CHRIS FARRIS, CHERIE §
FAUCETT, BRENDA FELIMA, SHARON §
FENNELL, ROBERT FERGUSON, §
GWENDOLYN FINISTER, ANGELA §
FINLEY, BARBARA FISHER, DAWN §
FITCH, THOMAS FIX, MICHELE §
FLEMATE, BETTIE FLORES, KAREN §
FLOYD, JEANETTE FORD, KEVIN FORD, §
VALERIE FORD, PATRICK FORSHEE', §
DIANNA FORSLIN, CHARLENE FORTE, §
NEAL FORTENBERRY, JOHN C. FOSTER, §
LYNDA FOUST, LEE FOWLER, NANCY §
FOWLER, TRACY FOX, KEVIN FRANK, §
LISA FRANKLIN, CAROLYN P. §
FRANKLIN, KENNETH J. FREDA, WILLIE §
FREELY, TOMIKO FRIDAY, LINDA §
FRYE, DOMENIC FULLERTON, VICKEY §
FULMER, JODIE FURTH, STEPHEN §
GABAUER, Individually and as the Proposed §
Administrator of the Estate of PATRINA §
GABAUER, Deceased, DAVID GAFFER, §
ROBERT GAGEN, INDIVIDUALLY AND AS §
REPRESENTATIVE OF THE ESTATE of §
ZELLI GAGEN, Deceased, DIANA GAINES, §
SANDRA GALLAGHER, LEON §
GALLOWAY, LILLIE GALLOWAY, LINDA §
GANGE, LAURA GARCIA, AUGUSTUS §
GARLAND, KAREN GARRETT, GARY §
GATES, PHYLICIA GATSON, VERNITA §
GATTIS, DEBORAH GEORGE, AS THE §
PROPOSED ADMINISTRATOR OF THE §
ESTATE OF EVELYN BEAUCHAMP, §
DECEASED, YVONNE GERALDS, RENE §
GIBSON, SR., MOLLY P. GILDEN, §
KIRSTEN GILES, RUBY GILL, BETH A. §
GILLEN, DAYNISE GILLIS, TONI GILLIS, §
BRENDA GINGER, TRACY GLASGOW, §
MARION A. GOAD, BRENETTA GOLDEN, §
MARGARET A. GOLOMON, ADENAGO N. §
GONZALES, JUANA GORDON, SHIRLEY §
GRADY, TERESA GRAHAM, ROSLYN §

4

GRAHAM, PATRICIA E. GRAY, §
ROCHELLE GRAY, SONYA GRAY, §
DEANNA GREEN, AMMIE GREEN, KELLI §
GREEN, ALJAY GREEN, JR., STEVE R. §
GREENWAY, TANYA GREENWOOD, §
LYNN GREESON, UTE GREGG, WILLIAM §
J. GREGORY, NADINE GRIFFIN, MARY §
GRIFFIN, RUBY GROCE, CINDY §
GROVES, GRACIELA GUDINE, FLORINA §
GUILLORY, GREG GURULE, JOANNE §
GUTENBERGER, MARIKA HAALAND, §
DEBORAH HADLEY, DORETHA §
HAGANS, DAN HAGEN, GLORIA §
HAGENS, ROSE M HAHN, DIANA HALL, §
ELEANOR B HALL, ASA D HALL, II, §
VERONICA HAMBRICK, Individually and §
As the Proposed Administrator of the Estate of §
MICHAEL HAMBRICK, Deceased, SYBIL §
HAMILTON, SYBIL HAMLETT, JANET §
HANEY, MARTHA HANKERSON, §
EDWARD HANSEN, ARCHIE HANSON, §
LARRY HARDEE, ARTHUR HARDY, §
DIXIE HARMON, JOHN HARMON, BETTY §
HARMON, Individually and As the Proposed §
Administrator of the Estate of LEANNA §
HARMON, Deceased, BRENDA HARPER, §
CATHY HARPER, THERESA HARPER, §
STEVEN HARR, JANET HARRIS, LILLIAN §
HARRIS, MARVIN F. HARRIS, §
CHRISTOPHER M. HARRIS, DEBORAH §
HARRIS, MARY HARRIS, RITA HARRIS, §
ROGER HARRIS, DEJARRA HARRY, §
DEBRA HASLETT, DONALD HATLEY, §
JR., WARREENE HAYES, ROGER §
HAYNES, PAMELA HEARNE, BILLY F. §
HEDRICK, LAMONT HEMPHILL, §
ANTONIA HENDERSON, KELVIN §
HENDERSON, OSCAR HENDRICKS, §
LEORA G. HENDRICKS, as the Proposed §
Administrator of the Estate of WENDELL §
HENDRICKS, Deceased, BARBARA §
HENRIES, IRISA HERNANDEZ, REGINA §
HERNANDEZ, MELISSA HERNANDEZ, §
BERTHA HERRINGTON, ROSA HEWITT, §
CHARLITA HIGHSMITH, CAROLYN §
HILL, LISA HILL, MACELLA HILL, GALE §
HILL-CROCK, CHARLES HILLIARD, §
BEVERLY HIRSCH, DEBBIE §
HIRSCHINGER, DENNIS HOGAN, WAYNE §
HOGWOOD, ANGELA HOLDEN, §
LATONYA HOLLOMAN, LETITIA §

HOLLOWAY, TIFFANY K. HOLT, JAMES     §
E. HOPKINS, TERESA HOPKINS, DANNIE   §
HOPPER, MARILYN HORTON, WAYNE        §
HORTONA, MARGARET HOULIAHAN,         §
BELINDA HOWARD, ROBERT HOWARD,       §
BRENDA HOWDESHELL, ANGELA            §
HOWELL, BRETT HUCK, GWENDOLYN        §
HUDGINS, HEIDI HULL, ELGIN           §
HUMPHREY, DONALD HUNTER,             §
JOHNNIE M. HUNTER, THERESA           §
HURLEY, CLARENCE HUTCHINSON,         §
LAVONNE HUTCHINSON, LILLIE ISSAC,    §
SARAH IVEY, ELISA JACKSON, GARY      §
JACKSON, KAREN J. JACKSON, KEVIN D.  §
JACKSON, TYRELL JACKSON, DIANE       §
JACKSON, LINDA JACKSON, JUANITA      §
JAMES, TERY JEFFERSON, CAROL         §
JENKINS, LEO JENNINGS, SHARON        §
JESSO, CONNIE J. JOHNSON, DALLAS     §
JOHNSON, DONNA JOHNSON, DONNA        §
JOHNSON, FAITH JOHNSON, HELEN        §
JOHNSON, PATRICIA JOHNSON,           §
STEPHON JOHNSON, SUE JOHNSON,        §
VERONICA JOHNSON, WENDY              §
JOHNSON, DONALD R. JOHNSON,          §
HOLLIE JOHNSON, RUTH JOHNSTON,       §
PENNY JOHNSTON, As Next Friend of S.J., a §
Minor, JACQUELINE JONES, BOBBIE      §
JONES, BRENDA JONES, CELESTE A .     §
JONES, CURTIS J. JONES, JAMES JONES, §
RAYMOND JONES, JOE E. JONES, JR.,    §
LEE JORDAN, ALBERTA JORDAN,          §
DANIELLE JORDAN, LUCILLE JORDAN,     §
PHILLIP JORDAN, DOROTHY JORDON,      §
MICHAEL R. JOYNER, SANDRA JOYNER,    §
SHARON JUNKERSFELD, KATHRYN          §
KAMARA, COLLEEN KEAGY, RICHARD       §
KELLEY, JACQUELINE KELSEY, PAUL      §
KENNEDY, AARON KEPLEY, RAE KERR,     §
PATRICIA KIMPSON, JACKY KINCAID,     §
LINDA KING, SHARNETHA KING,          §
BERNADINE KING, as the Proposed      §
Administrator of the Estate of TED KING, §
Deceased, THERESA KINZEY, WILLIAM    §
KIRBY, JR., CARRIE KLEMP, JOSEPH     §
KLIMALA, BARBARA KNEELAND, BETTE     §
KNIGHT, GINA KNIGHT, GARY KNOX,      §
DEBORAH LABBE, HELEN LACHOVYCH,      §
VICTOR T. LAMB, STEPHANIE            §
LANDRUM, JULIE LANDRY, DEBRA         §
LANE, CRISTAL LARUE, BEVERLY         §

LATHAN, MARGOT LATTA, LARRY §
LAVERGNE, ALVIN LEDFORD, DOUGLAS §
LEE, JO-ANN LEE, KENNETH LEE, §
ASHLEY LEEK, TONYA LERMA, §
STEPHANIE LESTACE, CANDI §
LESZCZYNSKI, DENVER W. LEVEN, §
EVELYN LEVESQUE, BRUCE LEWIS, §
NORMA LEWIS, GREGGORY A. LEWIS, §
JOSEPH LITTLEJOHN, SHARON §
LITTLEJOHN, DEBORAH LIVING, §
DEBORAH LLEWELLIN, MARTHA §
LOCKHART, ANNIE LONG, MELVIN §
LONG, RHONDA LONG, ELIZABETH §
LOVATO, ROCHELLE LOVE, BRENDA G. §
LOVIC, SHERRY LOWMAN, DIXIE §
LUCAS, JOHN LUGO, JR., KATHRYN §
LUTTRELL, TONI LYCAN, MICHAEL §
LYONS, BRENDA MACDONALD, §
MICHAEL MACE, HOMER MADDEN, §
JAMES MANI, PAMELA MANOS, §
RONALD MANSFIELD, BRENDA S. §
MARTIN, DERRICK MARTIN, FAYE §
MARTIN, GLEN MARTIN, RANDI §
MARTINEZ, LORI MASLAKOW, LISA- §
MARIE MATSON, LAURIE MATURIN, §
DARYL MAY, TERRY MCADAMS, §
WAYNE MCBROOM, KIMBERLY §
MCCARTNEY, SHAUNTE MCCLAIN, §
ROBINN MCCLAIN, JOQUANA §
MCCLAMB, LAURIE MCCORMICK, §
CAROLYN MCDONALD, MARY A. §
MCDONALD, SAMUEL WAYNE §
MCDONALD, TACARA MCDUFFEY, §
ANGELA MCFEE, TAMMIE MCFRY, §
BETTY B. MCGEE, PATSY MCGHEE, §
ROBERT MCGHEE, TROY MCGHEE, §
ELIZABETH MCMAHON, ANJEANETTE §
MCMANUS-CRAIG, KIMBERLY A. §
MCNEAL, JANICE MCNEIL, GENEVIEVE §
MCSHAN, RACHEL MCTIGUE, ANGELIA §
MEANS, ROSALIND MELVIN, CARMEN §
MERCADO, ANNETTE MERRILL, as the §
Proposed Administrator of the Estate of §
THOMAS JACKSON, Deceased, ROBERT §
MERRIMAN, DELBERT MEYER, TRACIE §
MEYER, SHALONDA MILLER, REALITY §
MILLER, YVONNE MILLER, LEE §
MILLINER, MEREDITHE MILLS, §
CYNTHIA MITCHELL, JACQUELINE §
MITCHELL, RAYMOND MITCHELL, §
STEPHEN MIZELL, TAMARA MOBLEY, §

7

LAWRENCE MONTGOMERY, TERESA §
MONTGOMERY, DARRELL MOODY, §
ELIZABETH MOORE, LEE W. MOORE, §
LLOYD MOORE, PATRICIA MOORE, §
ANGELA MOORE, SHARON L. MOORE, §
BOBBY R. MOORE, JR., JESUS MORALES, §
CAROL MORGAN, JO S. MORGAN, §
BRANDON MORRIS, MARK MORRIS, §
VERA A. MORRIS, CYNTHIA B. MORRIS, §
DANNEEA MOSS, DENISE MOTZKUS, §
REBECCA MOUNTS, JOANN MUELLER, §
SUE MULLINIKS, JERALD MURDOCK, §
KATHERINE A. MURPHY, OLIVER §
MURRAY, JR., LAWRENCE MYLES, §
ALBERT NAVARRO, BONITA NED, §
MARIE NEHLIG, KIMBERLY NEILL, §
SARA NELSON, THERESA NELSON, §
CAROLYN NESBITT, MAURICE NESBITT, §
MELISSA NEWBILL, ROBERT §
NEWCOMB, CHARLENE NEWSOME, §
STEPHANIE NICHOLS, PAMELA §
NICKERSON, CHERYL NIEMCZYK, §
MINNIE P. NIXON, ELAINE NORFLEET, §
ARNOLD NORMAN, VERA §
NORSWORTHY, KINNEY NUNOG, §
RHONDA NUSS, TODD O'BRYAN, §
TAMMY ODOM, CAROLYN ODUNLEYE, §
JOSIE OGLESBY, RICHARD O'KEEFE, §
BEVERLY OKI, RACHEL M. OLIVAS, ANN §
OLIVER, EDWARD S. OMAN, JOHNNY M. §
OSBORNE, RICHARD O'SHIELDS, §
HUNTER OSTEEN, CHRISTOPHER OTTO, §
JAMES OWENS, GAY OWINGS, THERESA §
OZMENT, ROSEANNA PADRON, SHERRI §
PAGE, DAVID PAGEL, THOMAS PARKER, §
VICTORIA PARKER, JACQUELINE §
PARKER, WENDY PARKER, ROBIN §
PARRIS, KIMBERLY PATROM, PATRICA §
PAYNE, SANDRA PEARCE, GEORGE §
PEGRAM, DUANE PENSKE, VERSHELL §
PENTELTON, MARYBETH PETERS, DANE §
PETERSEN, DIANE PETERSON, ANTONIO §
PETERSON, MARY PHELPS, CATHERINE §
PIAZZA, JOELLEN PIERSON, LESSIE §
PINKNEY, RONNIE PINKSTON, CANDICE §
PLACE, JAMES POCHE, GERALDINE §
POLAND, JOHN J. POLCHOWNE, §
QUENTIN POLLARD, THERESA §
POLLARD, BELINDA POLS, DEBBI §
POUTRE, LADAWNA POWELL, MARK §
POWELL, LANCE PRATT, ROLAND §

PRATT, LILLIE PRICE, PAMELA PRICE,  §
VIRGIL PUCKET, IRIS QUICK, DOUGLAS  §
QUIGLEY, MAXE RACITI, CYNTHIA  §
RADCLIFF, TANGER RADFORD,  §
CRYSTAL RAINES, LUIS RAMIREZ,  §
DIANE RANDOLPH, ALTA RANEY,  §
BRENDA REED, DEBBIE REED, JAMES V.  §
REESE, DAWN REEVES, BARBARA REID,  §
ANGELA RHODES, BETTY L. RICHARD,  §
WILLIN RICHARD, DONNA M. RIDDLE,  §
JOANN RILEY, CONNIE RIVAS, BILLY H.  §
ROBBINS, JACKIE ROBERTS, SUSIE  §
ROBERTSON, CALVIN ROBINSON,  §
PATTIE ROBINSON, TAMMY ROBINSON,  §
LORENZO ROBINSON, II, JUDITH  §
ROGERS, ANISSA ROGERS, LAURA  §
ROLLER, JAMES ROMANS, SR., CYNTHIA  §
ROMERO-NARANJO, KAYLA ROSETTA,  §
LINDA ROSS, KARRY ROSS, REBECCA  §
ROSS, VELMA ROSS, BONNIE ROTEN,  §
CHARLES ROYSTON, Individually and as  §
the Proposed Administrator of the Estate of  §
CYNTHIA ROYSTON, Deceased, KEITH  §
RUBIN, CYNTHIA RUBIO, KIMBERLY  §
RUPE, THOMAS RUSSELL, VONDA  §
RUSSELL, DAVID S. RYAN, NORA  §
SADLER, MELANIE SATTERFIELD,  §
DELLA SAWDON, HOWARD SCHILLER,  §
KATIE SCHOUSTER, ERIC SCHUMANN,  §
PAUL SCHWARTZ, DEBRA SCOTT,  §
MARSHA SCOTT, VIRGINIA E. SCOTT,  §
NANCY SCOTT, DANA SCRUGGS,  §
CAROLYN SEAMANS, VIVIAN SEGARS,  §
ANDRE SELLARS 'BEY, AIDA  §
SELVAGGIO, TYKIA SESSOMS, SHERRY  §
SEVERN, ELIZABETH SHAHEED,  §
BEVERLY SHANNON, FECHELL SHARP,  §
JAMES E. SHAW, AMBER SHOCKLEY,  §
SHARON SIKES, CECELIA SIKO, DORIS  §
SILVA, WADE SILVERS, DONNA  §
SIMMONS, SHARON SIMMONS, YVONNE  §
SIMMONS, TEAH SIMON, NETTIE K.  §
SIMPSON, REGINA SIMPSON, PATRICIA  §
SLADE, DESIREE SLAY, LISA SLEDGE,  §
BEVERLY SMITH, STELLA SMITH,  §
THERESA SMITH, CAROLINE B. SMITH,  §
ERIC SMITH, FLOURISTINE SMITH,  §
JOHN R. SMITH, RANDY G. SMITH, RENA  §
SMITH, SENNIE SMITH, ROBERT SMITH,  §
III, JOANNE SMITHERMAN, NANCY  §
SNOW, MARGARET SNYDER, ANNE  §

SORBARA, CORNELL SPEARS, SANDRA §
SPEARS, ARNETTA SPENCER, JUSTINE §
ST. JOHN, MARY A. STACY, FREDDIE L. §
STACY, SR., LAURA STAFF, RONALD §
STAHLHOOD, TERRI STALLINGS, §
JANICE STANCIL, GLENDA STANLEY, §
RUFUS STAPLES, ANNETTE STEELMAN, §
Individually and as the Proposed §
Administrator of the Estate of MATTHEW §
DAVIS, Deceased, DANIEL STEINER, JEFF §
STEINRUCK, NANCY STEWART, §
CHARLES A. STINE, DEBORAH STONE, §
DEAONNA STORK, PATRICIA STORMER, §
CURTIS L. STRICKLAND, STANLEY §
STRICKLAND, RON STUBBLEFIELD, §
KEITH STUFFLEBEAN, KATHRYN §
SUDDUTH, MINNIE SUGGS, LINDA §
SULLIVAN, LINDA J. SULLIVAN, JAMES §
SUTTON, JAMES SWAIN, MONICA §
SWAN, LONNIE SWARNES, LORI SWIFT, §
JOYCE SYKES, BOBBIE TALLEY, SHEILA §
TANNER, LORI TATE, ANTHONY §
TAYLOR, COLINDA TAYLOR, §
GWENDOLYN TAYLOR, LISA M. §
TAYLOR, REGINA TAYLOR, CAROL §
TEMPLET, RANDAL D. TEMPLETON, §
ANGELENE TERRY, KATHLENE §
THATCHER, JUDY THIARA, ANITA §
THOMAS, JOHNYETTA THOMAS, TA- §
TANISHA THOMAS, BRENDA A. THOMAS, §
MAUDIE THOMAS, TERESA THOMAS, §
DEBBIE THURMAN, HENRY TIDWELL, §
JR., JUNE TIPTON, ANGELLA-MARIE §
TOUCHEEK, BEVERLY TOWNSEND, §
CHARLES E. TRAHAN, SR., L.C. §
TRIVETTE, GENEVIEVE TROUPE, §
LILLIAN TRUDEAU, DENISE TUCKER, §
BOYD TURNER, MELVIN TURNER, §
ALTHEA TURNER, DONELL TURNER, §
JACKIE TURNER, LESTER TURNER, JR., §
BERTHA TURPEN, NANCY M. TUTTLE, §
ANDREA ULLRICH, BRENDA UMPHRES, §
PATRICIA K. UPTON, WILLIAM §
VALENTINE, SHARON VAN HORN, §
JAMES VAN METER, CECILLE §
VANEATON, ELIZABETH VARNEY, §
CHERYL VAUGH, ROBERT VAUGHAN, §
SENACA VAUGHT, VIRGINIA VELTUM, §
MATHEW VENTOLIER, VENUS VENUS, §
ELIZABETH VERA-CEDALLOS, ROSA §
VILLAR, DAWN VINCENT, PATRICIA §

VIPPERMAN, SHERYL VOLK, TONYA §
WADE, MISTY WALDEN, Individually and §
as the Proposed Administrator of the Estate of §
WANDA SAMPLES, Deceased, JENNIFER §
WALKER, SHIRLEY WALKER, THERESA §
WALL, JIMMIE WALLACE, DANA §
WALTERS, MICHAEL WALTON, §
PATRICIA WALTON, CHARLENE WARD, §
KATINA WARE, DENISE WARREN, §
GREGORY WASHINGTON, JULIET §
WASHINGTON, MICHELLE §
WASHINGTON, RICKY WASHINGTON, §
TYRONE WASHINGTON, WANDA §
WATKINS, MARCELLA Y. WATKINS, §
DAMION WATSON, JEFFREY WATSON, §
JOHN WATTS, CHARLEE WAYMON, §
PEARLINE WEATHERSPOON, JANET K. §
WEBB, EARL WELLS, SHARON WEST, §
ANTHONY WESTBROOK, GWEN §
WHITAKER, CHARISA WHITE, KELLY §
WHITE, SIDNEY WHITE, JR., CAROLYN §
WHITEHEAD, DAVID WHITEHEAD, §
TERRY WHITLEY, KAREN WHORTON, §
ELIZABETH WHYNOT, ROSEMARY §
WICKARD, ALYSSA WIGHT, SHANNON §
WILKINS, BETH A. WILLIAMS, JOANNE §
WILLIAMS, KELLY WILLIAMS, §
MARILYN WILLIAMS, ARDIS D. §
WILLIAMS, HELEN WILLIAMS, JAMES §
WILLIAMS, JANICE WILLIAMS, JOHNNY §
R. WILLIAMS, LEAH WILLIAMS, §
LUCILLE WILLIAMS, MELISSA §
WILLIAMS, NOLAN WILLIAMS, POLLY §
WILLIAMS, SHARON WILLIAMS, §
SHARON WILLIAMS, WANDA §
WILLIAMS, YOULANE WILLIAMS, §
GLORIA WILLS, ANGENETTE WILSON, §
ANNETTE WILSON, DAPRIL WILSON, §
AARON WILSON, LYNWOOD WILSON, §
RHODA WILSON, JR., JAMES WINDHAM, §
JAMES WINFREE, LAWRENCE §
WINGATE, REBECCA WITT, HEATHER §
WODJA, PATRICIA WOOD, ROBERT B. §
WOOD, MICHAEL L WOOD, WANDA §
WOOD, MABLE WOOLSEY, KENNETH §
WOOLSHLEGER, JEANNE WRENN, §
MYRTIE WRENN, DEBORA WRIGHT, §
CHARLES WRIGHT, JOHNNIE M. §
WRIGHT, WILLIAM WRIGHT, §
CASSANDRA WYLIE, MARGARET §
WYNN, LARRY WYNN, JR., JAVONEESE §

WYNTER, VICTORIA YARWORTH,   §
DEBRA YATES, CHRISTOPHER YOUNG,   §
JOSIE YOUNG, CRYSTAL YOUNG, and   §
JAMES YOUNG,   §
      Plaintiffs,   §
  §
vs.   §
  §
ASTRAZENECA LP, ASTRAZENECA   §
PHARMACEUTICALS LP, KBI SUB INC.,   §
ASTRAZENECA AB, ASTRA USA, INC.,   §
ASTRAZENECA R&D BOSTON,   §
ASTRAZENECA R&D WILMINGTON, and   §
ASTRAZENECA PLC,   §
      Defendants.   §

## PLAINTIFFS' ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiffs (hereinafter collectively referred to as "Plaintiff" or "Plaintiffs"), complaining of the Defendants listed below, and for cause of action would respectfully show unto the Court and the Jury the following:

### I.  INTRODUCTION

1.    This is a civil action brought on behalf of Plaintiffs regarding personal injury damages which occurred as a result of Plaintiffs' ingestion of the prescription drug, Seroquel, also known as Quetiapine Fumarate (hereinafter referred to as "Seroquel"). Seroquel was manufactured, marketed, distributed and sold to Plaintiffs by Defendants and/or its representatives.

### II.  PARTIES

**A.  PLAINTIFFS**

2.    Plaintiffs are individuals who currently reside in, and are citizens of, the following U.S. States:

### LIST OF PLAINTIFFS (1-997)

| | | | |
|---|---|---|---|
| 1 | Aaron | Nancy | MD |

| 2  | Abshire                                                                                             |     | Bernice     | LA |
|----|------------------------------------------------------------------------------------------------------|-----|-------------|-----|
| 3  | Aburadi                                                                                              |     | Janice      | OR |
| 4  | Adair                                                                                               |     | Patricia    | OR |
| 5  | Adams                                                                                               |     | Deborah     | NC |
| 6  | Adams                                                                                               |     | Dawn        | MN |
| 7  | Adams                                                                                               |     | Jim         | MO |
| 8  | Adkins                                                                                              |     | Judith      | NC |
| 9  | Aguiar                                                                                              |     | Thomas      | NC |
| 10 | Albert                                                                                              |     | Darius      | NM |
| 11 | Albright                                                                                            |     | Antoinette  | MS |
| 12 | Alexander                                                                                          |     | Betty       | MD |
| 13 | Alexander                                                                                          | L.  | Rushy       | LA |
| 15 | Allen                                                                                               |     | Phyllis     | NC |
| 16 | Allen                                                                                               |     | Tara        | MO |
| 14 | Allen, Jr.                                                                                          |     | Edward      | NC |
| 17 | Alley                                                                                               |     | Mary        | NC |
| 18 | Amagwula                                                                                           |     | Ruby        | NC |
| 19 | Anaya                                                                                              |     | Connie      | NM |
| 20 | Anderson                                                                                           |     | Christopher | MN |
| 21 | Anderson                                                                                           |     | Marlee      | WA |
| 22 | Anderson                                                                                           |     | Anthony     | MO |
| 23 | Andrews                                                                                            |     | Jackie      | LA |
| 24 | Anegbeode                                                                                          |     | Paul        | WA |
| 25 | Aragon                                                                                             |     | Pristinia   | NM |
| 26 | Arnold                                                                                             |     | Shirley     | SC |
| 27 | Arrington                                                                                          |     | Brandon     | MD |
| 28 | Arrowood                                                                                           |     | Julia       | MD |
| 29 | Ashley, Individually and as the Proposed Administrator of the Estate of Ernest Ashley Jr., Deceased |     | Dolores     | SC |
| 30 | Ashton                                                                                             |     | Denis       | NM |
| 31 | Atkinson                                                                                           |     | Joseph      | WA |
| 32 | Aucoin                                                                                             | D.  | Jimmie      | LA |
| 33 | Auguste                                                                                            |     | Robin       | NC |
| 34 | Austin                                                                                             |     | Larry       | MD |
| 35 | Avery                                                                                             |     | Jim         | WA |
| 36 | Aycock                                                                                             | M.  | Darrell     | NM |
| 37 | Ayon                                                                                              |     | Joe         | WA |
| 38 | Baccus                                                                                             |     | Emma        | NC |
| 39 | Baker                                                                                             | J.  | Harry       | NC |
| 40 | Baker                                                                                             |     | Jeanette    | NC |
| 41 | Baldwin                                                                                            |     | Johnny      | NC |
| 42 | Bales                                                                                             |     | Joyce       | KS |
| 43 | Ball                                                                                              |     | Bobbie      | MS |
| 44 | Baniak                                                                                             |     | Gale        | MO |
| 45 | Banks                                                                                             |     | Elita       | MO |

| 46 | Barber | | Resa | LA |
|---|---|---|---|---|
| 47 | Bargas | | Cindy | OR |
| 48 | Barker | | Joanne | CO |
| 49 | Barlow | S. | Billie | LA |
| 50 | Barlow | | Sherry | MO |
| 51 | Barnes | | Johnnie | LA |
| 52 | Barney | | Douglas | VT |
| 53 | Barney | | Stephanie | WA |
| 54 | Barron | | Anthony | OR |
| 55 | Bartlett | | Linda | OR |
| 56 | Bates | | Frank | WA |
| 57 | Bates | | Karla | AR |
| 58 | Batie | | Benjamin | WA |
| 59 | Baucom | | Kay | MO |
| 60 | Bauder | | Kenneth | AR |
| 61 | Bautista | | Lawrence | WA |
| 62 | Baxter | | Tony | NC |
| 63 | Baxter | | Shaina | SC |
| 64 | Baylor | | Cary | LA |
| 65 | Beard | | Barbara | MD |
| 66 | Beauford | | Michelle | LA |
| 67 | Becker | | Fredric | LA |
| 68 | Beede | | Amy | VT |
| 69 | Behe | | Steven | MD |
| 70 | Bell | | Linda | SC |
| 71 | Benjamin | | Gary | VT |
| 72 | Bennett | | Kathy | NV |
| 73 | Benson | | Anna | MO |
| 74 | Berry | | Julia | WA |
| 75 | Berryman | | Theresa | MD |
| 76 | Bessette | | Beth | MD |
| 77 | Beyers | | Shequita | NC |
| 78 | Bibee | | James | OK |
| 79 | Billings | | Dan | KS |
| 80 | Black | | Cody | WA |
| 81 | Black | | Vernon | KS |
| 82 | Blalock | | Wailes | NC |
| 83 | Blankenship | | Daniel | NM |
| 84 | Blevins | | Colleen | OR |
| 85 | Block | | Conrad | AR |
| 86 | Blount | | Brandie | LA |
| 87 | Blunt | | Tracy | LA |
| 88 | Boerner | | Klarica | AR |
| 89 | Boger | | Donald | OR |
| 90 | Bolton | | Carol | IL |
| 91 | Boman | | Delmar | AR |

| 92 | Bond | | Jerry | NC |
|---|---|---|---|---|
| 93 | Bonner | | Timothy | WA |
| 94 | Boone | | Micheal | OR |
| 95 | Boscovich | | Eric | WA |
| 96 | Boston | | Annabelle | NC |
| 97 | Bowen | | Dawn | NC |
| 98 | Bowman | T. | Lonnie | NC |
| 99 | Bowman | | Timmie | LA |
| 100 | Boyd | | Jenene | MS |
| 101 | Boyson | | Deborah | WA |
| 102 | Bradley | | Carla | NC |
| 103 | Brashears | | Clara | MS |
| 104 | Braswell | | Victoria | NC |
| 105 | Brean | | Judy | VT |
| 106 | Brent | L. | David | WA |
| 107 | Brewer | | Anita | NC |
| 108 | Brewer | | Rachel | MO |
| 109 | Bridgeman | | Nelson | NC |
| 110 | Bridges | L. | Mary | CA |
| 111 | Bridgewater | | Nathaniel | WA |
| 112 | Briggs | L. | Walter | MS |
| 113 | Briner | | Tracy | MO |
| 114 | Brinson | | Charles | MS |
| 115 | Britton | L. | Roger | AR |
| 116 | Broadnax | | Jennie | VA |
| 117 | Brock | | O'Brien | NC |
| 118 | Brock | | Tina | NC |
| 119 | Brock | | Darlene | OR |
| 120 | Broome, Jr. | | Lewis | SC |
| 121 | Broughton | | Dorothy | AR |
| 122 | Broussard | | Carol | LA |
| 123 | Brown | | Geneva | MS |
| 124 | Brown | | Jermeia | NC |
| 125 | Brown | | Karen | NC |
| 126 | Brown | | Virginia | NC |
| 127 | Brown | | Yvonne | WA |
| 128 | Brown | | Addlean | MD |
| 129 | Brown | | Kenisha | NC |
| 130 | Brown | | Kerry | MS |
| 132 | Brown | | Wendy | AR |
| 131 | Brown, Sr. | | Marcella | VT |
| 133 | Bunce | | Dorris | WA |
| 134 | Burgie | | Felton | AR |
| 135 | Burks | | Walter | LA |
| 136 | Burns | | Sandra | WA |
| 137 | Burris | | Jessica | IL |

| 138 | Burton | | David | LA |
|-----|--------|---|-------|-----|
| 139 | Burtschi | | Diane | MD |
| 140 | Butterfield | | Sandra | MO |
| 141 | Byrd | D. | Fredrick | KS |
| 142 | Cain | | Diane | NC |
| 143 | Calicott | | Linda | OR |
| 144 | Camp | | Peggy | SC |
| 145 | Camp | | Ty | NC |
| 146 | Campbell | | Dewey | NC |
| 147 | Campbell | | Lorine | MO |
| 148 | Campos | | Juan | NC |
| 149 | Carey | | Annie | MO |
| 150 | Carr | | Robert | OR |
| 151 | Carr | L. | Willie | MS |
| 152 | Carraway | | Ruby | NC |
| 153 | Carroll | L. | Thelma | NC |
| 154 | Carson | | Lillian | WA |
| 155 | Carson | | Edith | MS |
| 156 | Carter | | Angela | WA |
| 157 | Carter | | Anthony | LA |
| 158 | Cartlidge | | Otis | MN |
| 159 | Casby | | Shirley | LA |
| 160 | Cates | | Nancy | OR |
| 161 | Caylor | | Donna | MO |
| 162 | Chalk | | Roy | SC |
| 163 | Chambers | | Mary | MS |
| 164 | Chambers | | Lorraine | NM |
| 165 | Chandler | | Michael | WA |
| 166 | Chandler | S. | Pamela | MO |
| 167 | Chandler | | Shirley | OK |
| 168 | Chaney | | Felicia | LA |
| 169 | Cheathem | | Patricia | OR |
| 170 | Cheek | | Tama | NC |
| 171 | Childress | D. | Linda | MO |
| 172 | Clanton | | Allison | OR |
| 173 | Clark | | Mildred | LA |
| 174 | Clark | M. | Tina | NC |
| 175 | Clauson | | Michael | SC |
| 176 | Clayton | | Lue | AR |
| 177 | Cleary | | Tammy | NC |
| 178 | Clees | | Corliss | NM |
| 179 | Clinkscales | | Evelyn | SC |
| 180 | Cloughley | | Ronald | MO |
| 181 | Cobb | | Charles | OR |
| 182 | Coble | | Sarah | NC |
| 183 | Coburn | | Madeline | MO |

| 184 | Coers | | Elain | WA |
|---|---|---|---|---|
| 185 | Colbert | | Lisa | LA |
| 186 | Cole | | Robert | MD |
| 187 | Cole | | Icelon | MD |
| 188 | Collier | K. | Sandra | SC |
| 189 | Collins | A. | Beth | WA |
| 190 | Collins | | Marenda | LA |
| 191 | Collins | | Roxanne | NM |
| 192 | Collins | | James | MS |
| 193 | Collins | | Sherrie | MO |
| 194 | Coman | M. | Patricia | VT |
| 195 | Combs-Wlliams | G. | Yolanda | MN |
| 196 | Cook, Jr. | E. | Leonard | NC |
| 197 | Coonsheldon | A. | Susan | NC |
| 198 | Cooper | | Duane | WA |
| 199 | Cooper | | Reece | NC |
| 200 | Cooper | | Ryan | NC |
| 201 | Cooper | | Alex | MS |
| 202 | Cooper | | Lavon | MD |
| 203 | Cooper | | Michael | MO |
| 204 | Cooper | | Tamera | NC |
| 205 | Cornealious | | Margaret | LA |
| 206 | Cosley | | Sonia | OR |
| 207 | Cotton | R. | Mary | NC |
| 208 | Courville | | Andrew | LA |
| 209 | Cousar | | Cynthia | NC |
| 210 | Cox | | Michael | AR |
| 211 | Cox | E. | Robert | IL |
| 212 | Craig | | Shelia | SC |
| 213 | Cranfill | A. | Roberta | AR |
| 214 | Creel | | Robin | MO |
| 215 | Crockwell | | Ashton | WA |
| 216 | Croucher | | Jeffory | VA |
| 217 | Cruz | | Eliezet | NC |
| 218 | Cunningham | G. | Lavon | NC |
| 219 | Cutler | | Katherine | NC |
| 220 | Daniels | | Amanda | NC |
| 221 | Dargan | | Barbara | NC |
| 222 | Davenport | | Annette | MD |
| 223 | Davenport | | Anthony | MD |
| 224 | Davis | | Linda | NC |
| 225 | Davis | | Stephanice | LA |
| 226 | Davis | | Beverly | MO |
| 227 | Davis | Y. | Burndetta | MS |
| 228 | Davis | | Christian | LA |
| 229 | Davis | | Derrick | NC |

| 230 | Davis | | Marvin | MN |
|-----|-------|---|--------|-----|
| 231 | Davis | | O'Let | MS |
| 232 | Davis | | Vikie | LA |
| 233 | Dawkins | | Yvonne | SC |
| 234 | Day | | Penelope | WA |
| 235 | Dean | | Maxine | MS |
| 236 | Dean | L. | Sammie | AR |
| 237 | Deligne | | Tara | NC |
| 238 | Della | | Gregory | MD |
| 239 | Denby | | Dorothy | OR |
| 240 | Dent | J. | Sabrine | NC |
| 241 | Dickens-Williams | | Deaneilua | MO |
| 242 | Dickson | | Donna | OR |
| 243 | Dierks | | Debrah | WA |
| 244 | Diggs | C. | Vickie | NC |
| 245 | Dillon | | Janice | MS |
| 246 | Dixon, As the Proposed Administrator of the Estate of Walter Dixon, Deceased | C. | Brian | MD |
| 247 | Dockett | | Angela | MO |
| 248 | Dorsey | | Sondra | WA |
| 249 | Dorsey | | Kathy | MD |
| 250 | Dover | | Betty | OR |
| 251 | Dowdle | | Cheryl | SC |
| 252 | Downey | | Dianna | NC |
| 253 | DuBois | | Lochreane | WA |
| 254 | Duet | J. | Staci | LA |
| 255 | Dunn | L. | Jimmy | NC |
| 256 | Dunovant | | Joe | NC |
| 257 | Dunston | | Patricia | NC |
| 258 | Duplaisir | | Lisa | LA |
| 259 | Eakin | | Dianna | WA |
| 260 | Ebert | | Cyndi | IL |
| 261 | Eccles | | Donna | MO |
| 262 | Edgeston | | Vounzetta | WI |
| 263 | Edwards | | Stanley | WA |
| 264 | Edwards | | Michelle | NM |
| 265 | Eiermann | | Margaret | NC |
| 266 | Ellerbee, as the Proposed Administrator of the Estate of MacGrudger Ellerbee, Deceased | | Dexter | GA |
| 267 | Ellerby | | Catina | NC |
| 268 | Elliot | | Cynthia | OR |
| 269 | Ellis | | Virgina | LA |
| 270 | Epling | | Sharon | MO |
| 271 | Escareno | | Emilia | NM |

| 272 | Espinoza | | Cynthia | OR |
|-----|----------|------|---------|----|
| 273 | Espinoza | P. | Lawrence | NM |
| 274 | Esquibel | | Sylvia | NM |
| 275 | Evans | | Tammy | NC |
| 276 | Evans | | Dawn | MO |
| 277 | Evans | L. | Nancy | SC |
| 278 | Evans | | Paul | LA |
| 279 | Everett | | Bonnie | NC |
| 280 | Everson | | Debra | NC |
| 281 | Exley | | Nanca | LA |
| 282 | Ezell | | Tammy | MS |
| 283 | Fairley | | Brenda | MS |
| 284 | Fairly | | Perry | WA |
| 285 | Farrell | | Steve | MO |
| 286 | Farrington | M. | Willie | NC |
| 287 | Farris | | Chris | WA |
| 288 | Faucett | | Cherie | LA |
| 289 | Felima | | Brenda | SC |
| 290 | Fennell | | Sharon | NC |
| 291 | Ferguson | | Robert | WA |
| 292 | Finister | | Gwendolyn | WA |
| 293 | Finley | | Angela | SC |
| 294 | Fisher | | Barbara | NC |
| 295 | Fitch | | Dawn | MD |
| 296 | Fix | | Thomas | NC |
| 297 | Flemate | | Michele | MO |
| 298 | Flores | | Bettie | NC |
| 299 | Floyd | | Karen | NC |
| 300 | Ford | | Jeanette | LA |
| 301 | Ford | | Kevin | OR |
| 302 | Ford | | Valerie | MN |
| 303 | Forshee' | | Patrick | OR |
| 304 | Forslin | | Dianna | WA |
| 305 | Forte | | Charlene | NC |
| 306 | Fortenberry | | Neal | LA |
| 307 | Foster | C. | John | SC |
| 308 | Foust | | Lynda | NC |
| 309 | Fowler | | Lee | MS |
| 310 | Fowler | | Nancy | SC |
| 311 | Fox | | Tracy | NC |
| 312 | Frank | | Kevin | MN |
| 313 | Franklin | | Lisa | NC |
| 314 | Franklin | P. | Carolyn | MD |
| 315 | Freda | J. | Kenneth | OR |
| 316 | Freely | | Willie | SC |
| 317 | Friday | | Tomiko | NC |

19

| 318 | Frye | | Linda | OR |
|---|---|---|---|---|
| 319 | Fullerton | | Domenic | IL |
| 320 | Fulmer | | Vickey | NC |
| 321 | Furth | | Jodie | WA |
| 322 | Gabauer, Individually and as the Proposed Administrator of the Estate of Patrina Gabauer, Deceased | | Stephen | KS |
| 323 | Gaffer | | David | OR |
| 324 | Gagen, Individually and as Representative of the Estate of Zelli Gagen, Deceased | | Robert | OR |
| 325 | Gaines | | Diana | AR |
| 326 | Gallagher | | Sandra | OR |
| 327 | Galloway | | Leon | MS |
| 328 | Galloway | | Lillie | VA |
| 329 | Gange | | Linda | WA |
| 330 | Garcia | | Laura | WA |
| 331 | Garland | | Augustus | NM |
| 332 | Garrett | | Karen | NC |
| 333 | Gates | | Gary | MD |
| 334 | Gatson | | Phylicia | LA |
| 335 | Gattis | | Vernita | MD |
| 336 | George, as the Proposed Administrator of the Estate of Evelyn Beauchamp, Deceased | | DeBorah | LA |
| 337 | Geralds | | Yvonne | MS |
| 338 | Gibson, Sr. | | Rene | LA |
| 339 | Gilden | P. | Molly | WA |
| 340 | Giles | | Kirsten | MO |
| 341 | Gill | | Ruby | AR |
| 342 | Gillen | A. | Beth | LA |
| 343 | Gillis | | Daynise | NC |
| 344 | Gillis | | Toni | NC |
| 345 | Ginger | | Brenda | NC |
| 346 | Glasgow | | Tracy | AR |
| 347 | Goad | A. | Marion | VA |
| 348 | Golden | | Brenetta | MO |
| 349 | Golomon | A. | Margaret | LA |
| 350 | Gonzales | N. | Adenago | NM |
| 351 | Gordon | | Juana | WA |
| 352 | Grady | | Shirley | NC |
| 353 | Graham | | Teresa | MO |
| 354 | Graham | | Roslyn | NC |
| 355 | Gray | E. | Patricia | NC |
| 356 | Gray | | Rochelle | NC |
| 357 | Gray | | Sonya | SC |
| 358 | Green | | Deanna | MO |